Date: 09/10/09                                                                                                    Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 106 Dated 09/10/09
Case Number 08-33331 - CONNOR, WILLIAM JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CONSULTING RADIOLOGISTS LTD<br>1221 NICOLLET MALL<br>SUITE 600<br>MINNEAPOLIS MN 55403-2444<br>    FINAL DISTRIBUTION<br>    40112554 | 000002 | 122.00 | 0.58 |
| ---------- Remittance Total -------------- | | 122.00 | 0.58 |

*[signature]*
John A. Hedback, Trustee

Rct# 1298

*[Received stamp: U.S. BANKRUPTCY COURT, ST. PAUL, MN, 09 SEP 11 AM 10:51, RECEIVED]*

COURT1                                                                        Printed: 09/10/09 11:04 AM  Ver: 15.00a